# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141741(62)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

RAMON LEE BRYANT,
       Defendant-Appellee.

_____

SC: 141741
COA: 280073
Kent CC: 01-008625-FC

On order of the Chief Justice, the motion by defendant-appellee for extension of time for filing his brief on appeal is considered and, it appearing the brief was filed September 19, 2011, the time for filing is extended to that date.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk